FILED

06/01/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0239

**IN THE SUPREME COURT OF THE STATE OF MONTANA**

Cause No. DA 22-0239

_____

CITY OF BILLINGS,

          Plaintiff and Appellee,

vs.

MERCEDES A. BENNICK,

          Defendant and Appellant.

_____

**ORDER**

_____

Upon consideration of Defendant's counsel's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Defendant's counsel is granted an extension of time to and including July 10th, 2023, within which to prepare, file, and serve Appellant's Opening Brief on appeal.

_____

ORDER

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 1 2023